# Cole Schotz P.C.

1325 Avenue of the Americas
19th Floor
New York, NY 10019
212-752-8000   212-752-8393 fax

—
New Jersey
—
Delaware
—
Maryland
—
Texas
—
Florida

Mark Tsukerman
Associate

Reply to New York Office
Writer's Direct Line: 646-563-8948
Writer's Direct Fax: 646-563-7948
Writer's E-Mail: mtsukerman@coleschotz.com

October 9, 2018

**Via CM/ECF Filing**
**and Hand Delivery**

Vito Genna
Clerk of Court
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004

> Re:   Request for Service of Process
>        *SunEdison Litigation Trust v. Abogados Y Asesores S. De R. L. and Aguilar*
>        *Castillo Love,* Adv. Pro. No. 18-01248 (SMB)

Dear Mr. Genna:

My firm is counsel for the Plaintiff, SunEdison Litigation Trust, in the above-referenced matter.  On behalf of our client, we hereby request that you mail the documents listed below by FedEx International Priority, pursuant to FRCP 4(f)(2)(C)(ii), to Abogados Y Asesores S. De R.L. and Aguilar Castillo Love at the following addresses:

> Abogados Y Asesores S. De R.L. and
> Aguilar Castillo Love
> Edificio Rofisa II
> Col. Lomas del Guijarro Sur
> Calle Barcelona, Bloque, Lote 15
> Tegucigalpa, MDC
> Honduras

Documents to be served

1.   Third Summons and Notice of Pretrial Conference in an Adversary Proceeding;

2.   Second Amended Complaint to: (I) Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548 and 550; and (II) Disallow Claims Pursuant to 11 U.S.C. § 502(d); and

3.   Spanish translations of the foregoing documents.

57533/0001-16395125v1

Cole Schotz P.C.

Vito Genna
October 9, 2018
Page 2

I have provided two (2) sets of documents:  1 set is enclosed in a FedEx envelope for service and 1 set for the Court's file.  Also enclosed with the FedEx envelope is a pre-addressed FedEx International Priority Air waybill with my firm's account number.

Please contact me at the email address or phone number above if anything further is required to carry out the requested service.  Thank you for your assistance.

Respectfully submitted,

COLE SCHOTZ P.C.

*/s/ Mark Tsukerman*

Mark Tsukerman

MT:dlr
Enclosures